ACCEPTED
14-15-00137-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 3:27:40 PM
CHRISTOPHER PRINE
CLERK



**CRAIN
CATON
& 
JAMES**

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
SINCE 1912

TELEPHONE: 713.658.2323
FACSIMILE: 713.425.7956
DIRECT LINE: 713.752.8656

Kimberly R. Stuart
*Shareholder*

17TH FLOOR
FIVE HOUSTON CENTER
1401 McKINNEY STREET
HOUSTON, TEXAS 77010-4035
EMAIL: KSTUART@CRAINCATON.COM

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 3:27:40 PM
CHRISTOPHER A. PRINE
Clerk

February 25, 2015

Fort Bend County Clerk
301 Jackson Street
Richmond, TX  77469

> **Re:** **Cause No. 14-CCV-052415;** *Karla Vaca as attorney in fact for Alberto L. Vaca vs. Isaura Morales and Francisco Toro***; In the County Civil Court at Law No. 3 of Fort Bend County, Texas**

Dear Sir or Madam:

Please issue a Writ of Possession on the following Orders of the Court:

1.  Order on Plaintiff's Motion for Summary Judgment signed November 5, 2014; and

2.  Order on Motion to Reconsider signed November 21, 2014.

If you have any questions regarding this request, please contact me at (713) 752-8656.

Yours truly,

Kimberly R. Stuart
State Bar No. 00797486
Email:  kstuart@craincaton.com

KRS:cmc

000001/000137
668 - 1407164v1